JS-6

Charles J. Schmitt, Esq., Bar No. 175349
Renee E. Jensen, Esq., Bar No. 206967
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, California 90831-2700
Telephone: (562) 983-2500
Email: charlie@fwhb.com, rjensen@fwhb.com

Attorneys for Defendants,
JAY BROWN and MARGARET BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DENNIS SADORRA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAY BROWN, MARGARET BROWN,<br><br>  Defendants. | Case No. 5:24−cv−1197 KK (SHKx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMAND REMOVED ACTION [28 U.S.C. § 1447(c)]**<br><br>**[NOTE CHANGES BY COURT]**<br><br>Date: August 8, 2024<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Judicial Officer: Hon. Kenly Kiya Kato |

The Court, having reviewed and considered the motion of Defendants JAY BROWN and MARGARET BROWN ("Defendants"), for an order remanding this action to the Superior Court of the State of California, County of Riverside, Plaintiff's Opposition, and Defendant's Reply, and all other matters presented to the Court, IT IS ORDRERED that Defendants' motion is GRANTED and the case remanded back to the Superior Court of

1

ORDER GRANTING DEFENDANTS' MOTION TO REMAND REMOVED ACTION
[28 U.S.C. § 1447(c)]

the State of California for the County of Riverside on the grounds that Plaintiff's Notice of Removal is improper as pursuant to 28 U.S.C. § 1446(a) as plaintiffs are not entitled to remove actions; untimely per 28 U.S.C. § 1446 (b) and (c); the Notice of Removal is defective in that it fails to include copies of "all process, pleadings, and orders" served upon defendant in the state court action per 28 U.S.C. § 1446(a); there is no federal jurisdiction (the parties are not diverse, and there is no federal question); and further on the grounds that an award of costs and expenses, including attorney fees, per 28 U.S.C. § 1447(c) is appropriate.

IT IS FURTHER ORDERED that Defendant is awarded $900 against Plaintiff for costs and attorney fees incurred as a result of the removal.  (JS-6)

DATED:  August 7, 2024

_____
United States District Judge
Hon. Kenly Kiya Kato

2

*198:24/010*

ORDER GRANTING DEFENDANTS' MOTION TO REMAND REMOVED ACTION
[28 U.S.C. § 1447(c)]